# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DIANA SALSBURG,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:16-1178 |
| v. | : | (JUDGE MANNION) |
| **CAROLYN W. COLVIN,**<br>**Commissioner of Social Security,** | : | |
| Defendant | : | |
| | : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Carlson, **(Doc. 19)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the instant action is **REMANDED** to the Commission for further proceedings as specified in Judge Carlson's report pursuant to 42 U.S.C. §405(g); and

**(3)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date:  February 14, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1178-01-ORDER.wpd